UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GORDON BRENT PIERCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Case No: C 10-3026 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jeffrey S. White to consider whether it is related to <u>Securities and Exchange Commission v. Gordon Brent Pierce</u>, Case No. 10-80129 MISC.

IT IS SO ORDERED.

Dated: July 13, 2010

                                                          SAUNDRA BROWN ARMSTRONG<br>
                                                          United States District Judge