IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON BRENT PIERCE,   No. C 10-3026 SI

   Plaintiff,   **JUDGMENT**

 v.

SECURITIES AND EXCHANGE COMMISSION,

   Defendant.
               /

  The Court has dismissed this action for lack of jurisdiction. Judgment is entered in favor of defendant.

  **IT IS SO ADJUDGED.**

Dated: September 2, 2010

                            SUSAN ILLSTON
                            United States District Judge